UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,           :     12-Cr-712 (SHS)

    -against-                               :
                                                                              ORDER
RUBEN FERNANDEZ,                      :

        Defendant.                  :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that Justine A. Harris, the CJA attorney on duty today, is appointed to represent the defendant regarding his violation of his conditions of supervised release.

Dated: New York, New York
       October 25, 2023

                                                      SO ORDERED:

                                                      Sidney H. Stein, U.S.D.J.