# SHER TREMONTE LLP

January 17, 2024

<u>BY ECF</u>

## MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Ruben Fernandez*, **12-CR-712 (SHS)**

Dear Judge Stein:

As you know, we represent Ruben Fernandez in connection with his pending violation of supervised release. With the consent of the Government, we write to request an adjournment of Mr. Fernandez's upcoming status conference, which is currently set for January 19, 2024 at 11:00 am.

Mr. Fernandez's state case remains pending, and no indictment has been filed. His next appearance in state court is scheduled for January 25, 2024 at 9:00 am. Given the foregoing, Mr. Fernandez respectfully requests an adjournment of the January 19, 2024 status conference to a date after March 19, 2024. If there are significant developments in the state matter following the January 25, 2024 appearance, a further update will be provided to this Court no later than January 31, 2024.

The Government consents to this request for adjournment.

We thank the Court for its consideration.

**The conference is adjourned to March 19, 2024, at 2:30 p.m.**

Respectfully submitted,

**Dated: New York, New York**
**January 18, 2024**

*/s/ Justine A. Harris*

**SO ORDERED:**

Justine A. Harris
Neesha Chhina

_____
**Sidney H. Stein, U.S.D.J.**

cc:   AUSA Connie Dang (by ECF)