UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,               :      12-Cr-712 (SHS)

    -against-                              :
                                                           ORDER
RUBEN FERNANDEZ,                          :

             Defendant.                   :

-------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judge:

       IT IS HEREBY ORDERED that the violation of supervised proceeding is adjourned to January 16, 2025, at 2:30 p.m.

Dated: New York, New York
       January 8, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.