# SHER TREMONTE LLP

January 14, 2025

# MEMO ENDORSED

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

>      Re:    *United States v. Ruben Fernandez*, **12-CR-712 (SHS)**

Dear Judge Stein:

As you know, we represent Ruben Fernandez in connection with his pending violation of supervised release. We write jointly with the Government to update the Court in advance of Mr. Fernandez's upcoming violation of supervised release proceeding, set for January 16, 2025 at 2:30 pm.

The parties are currently engaged in discussions regarding the potential resolution of the pending violation specifications. Given the foregoing, we respectfully request a 30-day adjournment of the January 16, 2025 proceedings, in the hope that during this time a resolution may be reached. Please note that defense counsel is unavailable the week of February 17–21, 2025.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Justine Harris*

Justine Harris
Neesha Chhina

cc:    AUSA Connie Dang (by ECF)

**The violation proceeding is adjourned to February 24, 2025, at 9:30 a.m.**

**Dated: New York, New York**
**January 14, 2025**

**SO ORDERED:**

_____
**Sidney H. Stein, U.S.D.J.**