UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  12-Cr-712 (SHS)

    -against-  :

    ORDER

RUBEN FERNANDEZ,  :

    Defendant.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that the violation of supervised proceeding is scheduled for March 27, 2025, at 4:45 p.m.

Dated: New York, New York
       March 4, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.